UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FRANKLIN C. REDFEARN** | **CIVIL ACTION NO. 11--0529** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN, AVOYELLES CORRECTIONAL CENTER** | **MAG. JUDGE KAREN L. HAYES** |

# C ERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 24th day of January, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE